JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO JOVANY ESCOBAR MIRANDA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:19-cv-03320-GW-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: September 8, 2020

_____
HON. GEORGE H. WU, U.S. District Judge